CHRISTOPHER CHIOU
Acting United States Attorney
Nevada State Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO RAMIREZ-SORTO,<br><br>　　　　　　　Defendant. | Case No. 2:21-cr-00280-JCM-NJK<br><br>**Motion to Quash Warrant** |

On October 18, 2021, RAMIREZ-SORTO was charged by complaint. ECF No. 1. RAMIREZ-SORTO made his initial appearance on October 19, 2021 and was released on a PR Bond. ECF No. 14. As a condition of his release RAMIREZ-SORTO was to report to Pretrial Services and maintain residence at a halfway house or community corrections center. As of October 28, 2021, RAMIREZ-SORTO had not reported to Pretrial Services or the halfway house an Arrest Warrant was issued by the Court. After the Arrest Warrant was issued,

///
///
///
///
///

1

RAMIREZ-SORTO made contact with Pretrial Services and reported to the halfway house. As a result he now appears to be in compliance with the conditions of his release.

The government hereby moves to quash the arrest warrant.

**DATED:** this 3rd day of November 2021.

> CHRISTOPHER CHIOU
> Acting United States Attorney
>
> /s/ *Melanee Smith*
> MELANEE SMITH
> Assistant United States Attorney
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

> IT IS SO ORDERED.
>
> _____
> Cam Ferenbach
> United States Magistrate Judge
>
> DATED 11-4-2021

2